# Blackburn *v.* The Huber Manufacturing Co.

*Bill in Equity to foreclose Mortgage.*

1. *Pleading and practice; appeals from decree on demurrer must be prosecuted within thirty days.*—Under the provisions of the statute authorizing appeals from a decree upon a demurrer to a bill in equity, (Code, § 427), the time allowed for the prosecution of an appeal from such a decree is thirty days after the rendition thereof; and if taken after the expiration of thirty days from the rendition thereof, the Supreme Court is without jurisdiction to entertain such appeal.

APPEAL from the Chancery Court of Madison.

Heard before the Hon. WILLIAM H. SIMPSON.

The bill in this case was filed by the appellee, the Huber Manufacturing Company, against the appellant, W. D. Blackburn, to foreclose a mortgage, executed by the defendant to the complainant. The defendant demurred to the bill; and upon the submission of the cause upon this demurrer, a decree was rendered by the chancellor overruling it. From this decree overruling the demurrer the present appeal is prosecuted, and the rendition of said decree is assigned as error. Under the opinion on the present appeal, it is unnecessary to set out the facts of the case in detail.

KING & BANKHEAD, for appellant.

BURKE & SMITH, *contra.*

TYSON, J.—This appeal is prosecuted from a decree overruling a demurrer to a bill in equity. Authority for such an appeal is found alone in section 427 of the Code. Under the provisions of that section the time allowed

for its prosecution is thirty days after the rendition of
the decree and if taken after the expiration of the thir-
ty days, this court is without jurisidiction to entertain
it.—*Lide r Park,* 133 Ala. 222; 31 So. Rep. 360. The de-
cree was rendered on the 17th day of March, and the ap-
peal was taken on the 17th day of April following—one
day too late.

The appeal must be dismissed.